**CT Corporation**

**Service of Process Transmittal**
07/21/2015
CT Log Number 527505074

TO: Jeff Grossinger
Allstate Insurance Company
MCO Office, 222 S. Mill Avenue
Tempe, AZ 85281

RE: **Process Served in New Mexico**

FOR: Allstate Property and Casualty Insurance Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Bethani White, Pltf. vs. Allstate Property and Casualty Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Return, Complaint, Certificate |
| **COURT/AGENCY:** | Second Judicial District Court, Bernalillo County, NM<br>Case # D202CV201505476 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Santa Fe, NM |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 07/21/2015 postmarked on 07/16/2015 |
| **JURISDICTION SERVED:** | New Mexico |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Douglas A. Azar<br>Azar Law Office, PC<br>2527 Wyoming NE, Suite B<br>Albuquerque, NM 87112<br>505-332-4028 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/22/2015, Expected Purge Date: 07/27/2015<br><br>Image SOP<br><br>Email Notification, Jeff Grossinger  cdvfx@allstate.com<br><br>Email Notification, Milt Thulin  Milt.Thulin@allstate.com<br><br>Email Notification, John Darabaris  cd2w6@allstate.com<br><br>Email Notification, Jason Hayes  jay.hayes@alllstate.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>123 East Marcy Street<br>Santa Fe, NM 87501<br>360-357-6794 |

Page 1 of  1 / SW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT 2




Allstate Property and Casualty Insurance Company
c/o CT Corporation System, Registered Agent
123 East Marcy
Santa Fe, NM 87501

AZAR LAW OFFICE, PC
2527 Wyoming NE. Suite B
Albuquerque, NM 87112

RETURN RECEIPT REQUESTED