# AZAR LAW OFFICE, PC

2527 Wyoming NE, Suite B
Albuquerque, NM, 87112
Phone (505) 332-4028
Fax (505) 323-3661

January 26, 2011

Susan Cary
Allstate
P.O. Box 1142
Albuquerque, NM 87103

Re: My Client:     Bobbi Woods, on behalf of Bethani White
    Your Insured:   Bobbi Woods
    Your Claim No.: 0118084078 RSC
    Date of Injury: 7/3/08

Dear Ms. Cary:

    After re-evaluating the above referenced claim, my client has authorized me to move forward to obtain the additional policy limits in this matter. A demand will be forwarded to you shortly. Thank you.

Yours truly,

Douglas A. Azar

DAA:tm



EXHIBIT 4

# AZAR LAW OFFICE, PC

2527 Wyoming NE, Suite B
Albuquerque, NM, 87112
Phone (505) 332-4028
Fax (505) 323-3661

March 9, 2011

Susan Cary
Allstate
P.O. Box 1142
Albuquerque, NM  87103

Re: My Client:      Bobbi Woods, on behalf of Bethani White
    Your Insured:   Bobbi Woods
    Your Claim No.: 0118084078 RSC
    Date of Injury: 7/3/08

Dear Ms. Cary:

My client has authorized me to obtain the additional policy limits in the above referenced matter. You are already in possession of the pertinent documents to substantiate this request.

This offer will remain open until the end of the business day on March 30, 2011. Please do not hesitate to call me if you have any questions. Thank you.

Yours truly,

Douglas A. Azar

DAA:tm



ABQMCO
MAR 11 2011