**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**BETHANI WHITE,**

    **Plaintiff,**

**v.**                                                                       **Case No. 1:15cv00728  JCH/LF**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**

    **Defendant**.

## RULE 41 DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 NMRA, Plaintiff Bethani White hereby voluntarily dismisses her complaint against Defendant Allstate Property and Casualty Insurance Company, with prejudice. Each party will bear their own attorneys' fees and costs.

Respectfully Submitted,

*Telephonic approval 5.2.16*
Douglas A. Azar
315 5th Street, NW
Albuquerque, NM 87102

OBRIEN & PADILLA, P.C.
Daniel J. O'Brien
6000 Indian School Road, N.E.
Suite 200
Albuquerque, NM 87110

*Attorneys for Plaintiffs*

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Jennifer A. Noya*
    Jennifer A. Noya
    500 Fourth Street NW, Suite 1000 (87102)
    P.O. Box 2168
    Albuquerque, New Mexico  87103-2168

*Attorneys for Defendant*

W2697429.DOC